MARCIA L. CARONIA et al., Appellants, v PHILIP MORRIS USA, INC., Respondent.

Submitted October 15, 2013; decided October 17, 2013

*See* 715 F3d 417.

Motion by Product Liability Advisory Council, Inc. for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

MARCIA L. CARONIA et al., Appellants, v PHILIP MORRIS USA, INC., Respondent.

Submitted October 15, 2013; decided October 17, 2013

*See* 715 F3d 417.

Motion by American Chemistry Council et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

MARCIA L. CARONIA et al., Appellants, v PHILIP MORRIS USA, INC., Respondent.

Submitted October 15, 2013; decided October 17, 2013

*See* 715 F3d 417.

Motion by Business Council of New York State, Inc., et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed.

MARCIA L. CARONIA et al., Appellants, v PHILIP MORRIS USA, INC., Respondent.

Submitted October 15, 2013; decided October 17, 2013

*See* 715 F3d 417.

Motion by American Legacy Foundation et al. for leave to file a brief amici curiae on consideration of the certified questions